15 N.Y.2d 992 (1965)
Eugene J. Busher Co., Inc., Respondent,
v.
Galbreath-Ruffin Realty Co., Inc., Appellant, et al., Defendant.
Court of Appeals of the State of New York.
Argued March 11, 1965.
Decided April 15, 1965.
Eugene Z. Du Bose, Donald M. Dunn and Thomas V. Heyman for appellant.
Clarence S. Barasch and Osborne A. McKegney for respondent.
Concur: Chief Judge DESMOND and Judges DYE, FULD, VAN VOORHIS, BURKE, SCILEPPI and BERGAN.
Order affirmed, with costs; no opinion.